United States District Court
Southern District of Texas
**ENTERED**
December 28, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ANDRA L. FRANKLIN, Plaintiff, | § § § § | CIVIL ACTION NO 4:22-cv-01619 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| MANAGED LABOR SOLUTIONS LLC, *et al*, Defendants. | § § § § | |

**ORDER ADOPTING**
**MEMORANDUM AND RECOMMENDATION**

Pending is a Memorandum and Recommendation by Magistrate Judge Christina A. Bryan dated December 7, 2022. Dkt 26. No objections have been filed.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there is no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc*); see also FRCP 72(b) advisory committee note (1983).

No clear error appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 26.

The motion by Defendants Managed Labor Solutions LLC, Kelly Sanders, and Chandra Tubbs to dismiss the complaint of Plaintiff Andra L. Franklin is GRANTED. Dkt 19.

The claims against Defendants Kelly Sanders and Chandra Tubbs are DISMISSED WITH PREJUDICE.

The claim against Defendant Managed Labor Solutions for retaliation based on a failure to promote is DISMISSED WITH PREJUDICE.

The remaining claims against Managed Labor Solutions are DISMISSED WITHOUT PREJUDICE.

Franklin may file an amended complaint by January 20, 2023, if desired. Any such complaint must not assert claims that have been dismissed with prejudice or claims that weren't asserted before the EEOC or don't fall within the scope of the EEOC investigation. See Dkt 26 at 9–10.

SO ORDERED.

Signed on December 28, 2022, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge